AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Robert Ducharme )<br>*Plaintiff* )<br>v. )<br>Madewell Concrete LLC; Kevin Johnston )<br>*Defendant(s)* ) | Civil Action No.    6-20-cv-1620-HMH |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that*:*

■ other: Plaintiff's motion for partial summary judgment on the FLSA claim is granted.

Defendants' motion for summary judgment is denied as to the FLSA claim and granted as to the claims for violations of the SCA and SCHSA.

This action was:

■ decided by the Honorable Henry M. Herlong, Jr.

Date:   May 26, 2021                                                      *CLERK OF COURT*

                                                                                              s/L. K. McAlister, Deputy Clerk

                                                                                              *Signature of Clerk or Deputy Clerk*